UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHRISTOPHER SARBU,  CV No.: 6:19-cv-00473-CL

Plaintiff,

ORDER APPROVING PLAINTIFF'S
MOTION FOR ATTORNEY FEES
PURSUANT TO 42 U.S.C. § 406(b)

COMMISSIONER SOCIAL SECURITY,

Defendant.

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $18,983.32 for attorney fees pursuant to 42 U.S.C. § 406(b). The Commissioner shall deduct from this amount an administrative assessment under 42 U.S.C. § 406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this __13__ day of September, 2021.

MARK D. CLARKE
United States Magistrate Judge

PRESENTED BY:
Robyn M. Rebers OSB#034309
Attorney for Plaintiff

6:19-CV-00473-CL